UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN GEER,

    Plaintiff,

v.                                       Case No.  8:08-cv-1681-T-30MAP

SOLOMON & SOLOMON, P.C.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation for Dismissal With Prejudice (Dkt. #3).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 4, 2008.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2008\08-cv-1681.dismissal 3.wpd